Argued and submitted January 21, appeal dismissed as moot March 10, 1999

## WILLIAM JAMES OWENS,
*Appellant,*

*v.*

## S. Frank THOMPSON,
Superintendent,
Oregon State Penitentiary,
*Respondent.*

(96C-14170; CA A100262)

976 P2d 574

Jay Edwards argued the cause and filed the brief for appellant.

Denise Fjordbeck, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Edmonds, Presiding Judge, and Armstrong, Judge, and Warren, Senior Judge.

PER CURIAM

Appeal dismissed as moot. *Hamel v. Johnson*, 158 Or App 276, 974 P2d 260 (1999); *Jones v. Thompson*, 156 Or App 226, 968 P2d 380 (1998).